FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  LEE GABRIEL
  ELIZABETH KERR
  MARK T. PITTMAN
  J. WADE BIRDWELL
  DABNEY BASSEL
  DANA WOMACK

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

July 3, 2019

Criminal District Clerk, Denton County
P.O. Box 2146
Denton, TX 76202-2146
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Ronald Adams
TDCJ #02217689
C. Moore Unit
1700 North FM 87
Bonham, TX 75418

Hon. Margaret Barnes
Judge, 367th District Court
Denton County Courts Bldg.
1450 E. McKinney
Denton, TX 76201
* DELIVERED VIA E-MAIL *

Catherine Luft
Assistant Criminal District Attorney
1450 East McKinney, Ste. 3100
Denton, TX 76209
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-18-00386-CV
                                     02-18-00387-CV
                                     02-18-00388-CV
        Trial Court Case Number:     F17-3262-367
                                     F17-3264-367
                                     F18-1387-367

Style:     Ronald Adams
           v.
           The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*